# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JEREMY FUNDERBURG**                                                  **PLAINTIFF**

**v.**                            **Case No. 5:18-cv-00009 KGB**

**CITY OF PINE BLUFF, ARKANSAS**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter, the Court dismisses without prejudice plaintiff Jeremy Funderburg's illegal exaction claim; dismisses with prejudice Mr. Funderburg's discrimination and retaliation claims under the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101; Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 ("Rehabilitation Act"); and the Arkansas Civil Rights Act of 1993 ("ACRA"), codified at Ark. Code Ann. § 16-123-101, *et seq.*; and dismisses with prejudice Mr. Funderburg's claims under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq.*  The relief sought is denied.

So adjudged this 30th day of September, 2019.

                                                                  Kristine G. Baker
                                                                   United States District Judge